# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | **Case No. CR-12-017-JHP** |
| | ) | |
| BRITTA SHALLENE CARTER, | ) | |
| | ) | |
| *Defendant*. | ) | |

## NOTICE OF DISMISSAL

COMES NOW the plaintiff, United States of America, by and through United States Attorney Mark F. Green and Assistant United States Attorney Melody Noble Nelson, and dismisses without prejudice the above styled case, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, in the best interest of justice.

MARK F. GREEN
United States Attorney


s/ Melody Noble Nelson
MELODY NOBLE NELSON, OBA # 16467
Assistant United States Attorney
1200 W. Okmulgee
Muskogee, OK 74401
Telephone: (918) 684-5100
FAX: (918) 684-5150

LEAVE GRANTED FOR FILING:

James H. Payne
United States District Judge
Eastern District of Oklahoma